## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Vector Security, Inc.*
Attn:   President/CEO
100 Allegheny Drive, Suite 200
Warrendale, PA 15086

_____
Mary E. Augustine (No. 4477)

612621v1